UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Michael Evans**          **Docket No. 7:25-CR-1M**

### Petition for Action on Supervised Release

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Michael Evans, who, upon a finding of guilt by jury to Conspiracy to Distribute Cocaine Hydrochloride in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) and Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §§ 1956(h) and (a)(1)(B)(ii)., was sentenced by the Honorable Catherine C. Eagles, on June 14, 2021, to the custody of the Bureau of Prisons for a term of 76 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Travis Michael Evans was released from custody on June 18, 2024, at which time the term of supervised release commenced in the Eastern District of North Carolina. On January 2, 2025, Transfer of Jurisdiction to the Eastern District of North Carolina was accepted.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has requested the opportunity to complete Moral Reconation Therapy (MRT), a cognitive-behavioral treatment program that leads to improving moral reasoning, better decision-making, more appropriate behavior, and reduces the likelihood of recidivism. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ John P. Nasuti
John P. Nasuti
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2056
Executed On: August 22, 2025

Travis Michael Evans
Docket No. 7:25-CR-1-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 25th day of August, 2025, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_